**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-04-1142-PHX-DGC |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| Dragan Ubiparipovic, ) | |
| Defendant. ) | |

The Government has filed a Motion in Limine re: Collateral Consequences. Dkt. #188. During a status hearing on October 29, 2007, counsel for Defendant stated that he has no objection to the Government's motion. The Court will **grant** the motion. At trial, the parties shall not present testimony, argument, or other references to the future consequences that a guilty verdict might have on Defendant.

**IT IS ORDERED** that the United States' Motion in Limine re: Collateral Consequences (Dkt. #188) is **granted**.

DATED this 2nd day of November, 2007.

_David G. Campbell_
David G. Campbell
United States District Judge